IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARY FRANCINE GODOUA                                                      PLAINTIFF

v.                                    Case No. 12-2074

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                                           DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED and Plaintiff's

Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 26th day of June, 2013.


/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE