IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARY FRANCINE GODOUA                                                                                PLAINTIFF

v.                                         Case No. 2:12-CV-02074

CAROLYN W. COLVIN,
Acting Commissioner of the Social Security Administration                         DEFENDANT

## JUDGMENT

In accordance with the Eighth Circuit's opinion, the decision of the Commissioner is reversed, and this matter is remanded for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ is directed to address the errors the Eighth Circuit found in the ALJ's original decision.

IT IS SO ADJUDGED this 7th day of July, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE